IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNELL L. WARREN | ) |
| Plaintiff | ) Civil Action 08-250 |
| vs. | ) Judge Kim R. Gibson |
| MARDI VINCENT, SALVATORE CARDENZA, | ) |
| Defendants | ) |

**MEMORANDUM ORDER**

The above captioned case was initiated by the filing of a Complaint and a Motion to Proceed *In Forma Pauperis* (doc. no. 2) on October 14, 2008, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Magistrate Judge Lisa Pupo Lenihan filed a Report and Recommendation on January 20, 2009 (doc. no. 23), recommending that Plaintiff's Motion for a Temporary Restraining Order (doc. no. 20) be denied. Plaintiff filed Objections to the Report and Recommendation on February 9, 2009 (doc. no. 28). Plaintiff's objections do not undermine the recommendation of the Magistrate Judge.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

AND NOW, this 27th day of February, 2009;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order (doc. no. 20) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 23) of Magistrate Judge Lenihan dated January 20, 2009, is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this case is remanded back to Magistrate Judge Lisa Pupo Lenihan for further pre-trial proceedings.

By the Court:

Kim R. Gibson
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

**CORNELL L. WARREN**
FH-4385
SCI Laurel Highlands
5706 Glades Pike
Somerset, PA 15501

2